UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

ASHLEY LEE

No. 2:24-cr-00105-NT

# INDICTMENT

The Grand Jury alleges:

## COUNT ONE
### (Felon in Possession of Ammunition)

Between approximately April 3, 2024, and April 12, 2024, the defendant ASHLEY LEE, in the District of Maine, knowing that she had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess the following rounds of ammunition, among others: fifty (50) rounds of Remington 9mm caliber ammunition with the headstamp: "R-P 9mm LUGER," which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
### (Possession of a Firearm Silencer Unidentified by Serial Number)

Between approximately April 3, 2024, and April 12, 2024, the defendant ASHLEY LEE, in the District of Maine, knowingly possessed a firearm silencer, as defined in 26 U.S.C. § 5845(a)(7) and 18 U.S.C. § 921(a)(25), specifically the cylindrical metal device depicted below, which consists of a front end-cap, outer tube, and a monolithic baffle core with an integrated rear end-cap, and which was not identified by a serial number, as required by Title 26, United States Code, Section 5842:

1



All in violation of Title 26, United States Code, Section 5861(i).

## COUNT THREE
### (Possession of an Unregistered Firearm Silencer)

Between approximately April 3, 2024, and April 12, 2024, the defendant ASHLEY LEE, in the District of Maine, knowingly possessed a firearm silencer, as defined in 26 U.S.C. § 5845(a)(7) and 18 U.S.C. § 921(a)(25), specifically the cylindrical metal device described and depicted above in Count Two, that was not registered to her in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

## COUNT FOUR
### (Possession of a Firearm Silencer Unidentified by Serial Number)

Between approximately April 3, 2024, and April 12, 2024, the defendant ASHLEY LEE, in the District of Maine, knowingly possessed a firearm silencer, as defined in 26 U.S.C. § 5845(a)(7) and 18 U.S.C. § 921(a)(25), specifically the cylindrical metal device depicted below, which consists of a front end-cap, outer tube, and a monolithic baffle core

with an integrated rear end-cap, and which was not identified by a serial number, as required by Title 26, United States Code, Section 5842:



All in violation of Title 26, United States Code, Section 5861(i).

### COUNT FIVE
### (Possession of an Unregistered Firearm Silencer)

Between approximately April 3, 2024, and April 12, 2024, the defendant ASHLEY LEE, in the District of Maine, knowingly possessed a firearm silencer, as defined in 26 U.S.C. § 5845(a)(7) and 18 U.S.C. § 921(a)(25), specifically the cylindrical metal device described and depicted above in Count Four, that was not registered to her in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

## COUNT SIX
### (Possession of a Firearm Silencer Unidentified by Serial Number)

Between approximately April 3, 2024, and April 12, 2024, the defendant ASHLEY LEE, in the District of Maine, knowingly possessed a firearm silencer, as defined in 26 U.S.C. § 5845(a)(7) and 18 U.S.C. § 921(a)(25), specifically the cylindrical metal device depicted below, which consists of a front end-cap, outer tube, spacer, seven cone-type baffles and a rear end-cap, and which was was not identified by a serial number, as required by Title 26, United States Code, Section 5842.





All in violation of Title 26, United States Code, Section 5861(i).

## COUNT SEVEN
### (Possession of an Unregistered Firearm Silencer)

Between approximately April 3, 2024, and April 12, 2024, the defendant ASHLEY LEE, in the District of Maine, knowingly possessed a firearm silencer, as defined in 26

4

U.S.C. § 5845(a)(7) and 18 U.S.C. § 921(a)(25), specifically the cylindrical metal device described and depicted above in Count Six, that was not registered to her in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

## COUNT EIGHT
### (Possession of a Firearm Silencer Unidentified by Serial Number)

Between approximately April 3, 2024, and April 12, 2024, the defendant ASHLEY LEE, in the District of Maine, knowingly possessed a firearm silencer, as defined in 26 U.S.C. § 5845(a)(7) and 18 U.S.C. § 921(a)(25), specifically the cylindrical metal device depicted below, which consists of a rear end-cap, modular spacer, seven modular cone-type baffles with a front end-cap, and which was not identified by a serial number, as required by Title 26, United States Code, Section 5842.



All in violation of Title 26, United States Code, Section 5861(i).

## COUNT NINE
### (Possession of an Unregistered Firearm Silencer)

Between approximately April 3, 2024, and April 12, 2024, the defendant ASHLEY LEE, in the District of Maine, knowingly possessed a firearm silencer, as defined in 26 U.S.C. § 5845(a)(7) and 18 U.S.C. § 921(a)(25), specifically the cylindrical metal device described and depicted above in Count Eight, that was not registered to her in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

## FIREARM FORFEITURE NOTICES

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count One of this Indictment, the defendant,

**ASHLEY LEE,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

a) fifty (50) rounds of Remington 9mm caliber ammunition with the headstamp: "R-P 9mm LUGER" and
b) Approximately 4,886 rounds of ammunition of various calibers from various manufacturers seized from Ashley Lee's residence on April 12, 2024.

If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2. Upon conviction of the offenses in violation of Title 26, United States Code, Sections 5861(d) and 5861(i) set forth in Counts Two through Nine of this Indictment, the defendant,

**ASHLEY LEE,**

shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, and the procedures outlined at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), any firearm involved in or used in any knowing commission of the offenses. The property to be forfeited includes, but is not limited to, the following: (a) four firearm silencers.

All pursuant to Title 26, United States Code, Section 5872(b), and the procedures outlined at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

[Signature Redacted – Original on file with the Clerk's Office]

Assistant U.S. Attorney

Date: SEPTEMBER 5, 2024

7